the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54979.—S. Nathan & Co., Inc., et al. v. United States, protests 156514–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54980.—A. Diagonale & Sons, Inc. v. United States, protest 162960–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54981.—John J. Ward v. United States, protest 163871–K (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Roovers Bros., Inc.* v. *United States* (23 Cust. Ct. 53, C. D. 1190).   The claim of the plaintiff was therefore sustained.

No. 54982.—John V. Carr & Son, Inc. v. United States, protests 112934–K, 113682–K, and 114371–K (Detroit).

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of selenium dioxide the same in all material respects as the substance passed upon in *John V. Carr & Son, Inc.* v. *United States* (25 Cust. Ct. 77, C. D. 1267), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 14, 1950

No. 54983.—Jean R. Graef, Inc., et al. v. United States, protests 112175–K, etc. (New York).